UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES—GENERAL**

| Case No. | ED CV 22-02262-DMG (SPx) | Date | March 26, 2024 |
|---|---|---|---|
| Title | *Carlos Ramirez, et al. v. Ford Motor Company* | Page | 1 of 1 |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| KELLY DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER AND NOTICE TO ALL PARTIES**

In light of the Joint Status Report re: Settlement filed by Plaintiff filed on March 13, 2024, [18], indicating that the case has settled in its entirety and that the parties are finalizing their written settlement agreement, this action is placed in inactive status. By May 26, 2024, the parties shall file either (1) a stipulation and proposed order for dismissal of the action or judgment, or (2) a motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of March 27, 2024.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All other scheduled dates and deadlines are hereby VACATED.

IT IS SO ORDERED.